# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO AMBRIZ, | Case No. 1:14-cv-00613-AWI-GSA-HC |
| Petitioner, | ORDER GRANTING MOTION TO WITHDRAW PETITION |
| v. | [ECF NO. 5] |
| TIM VIRGA, | ORDER DISMISSING PETITION WITHOUT PREJUDICE |
| Respondent. | ORDER DIRECTING CLERK OF COURT TO TERMINATE CASE |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On April 25, 2014, Petitioner filed the instant habeas petition. On May 12, 2014, Petitioner filed a motion to withdraw the petition. He states that he was unaware that a previous petition had been filed on his behalf in Case No. 1:14-cv-00294-JLT-HC. He states he wishes to proceed on the previously filed petition. Respondent has not yet filed an answer to the instant petition.

    Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, "the [petitioner] may dismiss an action without a court order by filing: a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." Pursuant to Rule 12 of the Rules Governing Section 2254 Cases, "[t]he Federal Rules of Civil Procedure, to the extent

that they are not inconsistent with any statutory provision or these rules, may be applied to a proceeding under these rules."

In this case, Respondent has not yet filed an answer or other responsive pleading. Therefore, under Rule 41(a)(1), the petition must be dismissed without prejudice.

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) Petitioner's motion to withdraw the petition is GRANTED;

2) The petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE; and

3) The Clerk of Court is DIRECTED to terminate the case.

IT IS SO ORDERED.

Dated:   August 7, 2014                              _____
                                                                                SENIOR DISTRICT JUDGE